# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERIS AVELAR and BELLA AVELAR,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES; STEVEN MILLER; DANIEL MARQUEZ; RICHARD MENDOZA; DAVID VACA, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 15-2756-DMG (MRWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES, STEVEN MILLER, DANIEL MARQUEZ, RICHARD MENDOZA, AND DAVID VACA [88]** |

This Court, having (1) granted Defendants' summary judgment motion on Plaintiffs' first, second, third, and sixth claims, (2) denied Defendants' summary judgment motion on Plaintiffs' fourth and fifth claims, and (3) dismissed Plaintiffs' fourth and fifth claims without prejudice [Doc. # 87],

IT IS ORDERED AND ADJUDGED as follows:

1. Plaintiffs shall recover nothing by way of their complaint, and
2. Defendants shall recover their costs of suit incurred herein.

DATED: July 1, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE